UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON, KENTUCKY
CASE NO. __1:20-cv-58-GNS___

*ELECTRONICALLY FILED*

| | |
|---|---|
| ERIC AND AIMEE BRATCHER<br>As Next Friends<br>Of G.K.B., a minor child | PLAINTIFFS |

And

G.K.B.

v.

| | |
|---|---|
| WARREN COUNTY SCHOOL DISTRICT<br>SERVE:    Rob Clayton, Superintendent<br>              Michelle Blick, Director of Special Education<br>              303 Lovers Lane<br>              Bowling Green, KY 42103 | DEFENDANTS |

And

WARREN COUNTY BOARD OF EDUCATION
SERVE:    Kerry Young, Chairperson
              303 Lovers Lane
              Bowling Green, KY  42103

And

KENTUCKY DEPARTMENT OF EDUCATION,
OFFICE OF SPECIAL EDUCATION AND
EARLY LEARNING
SERVE:    Gretta Hylton, Director
              300 Sower Blvd., 5th Floor
              Frankfort, KY 40601

And

KENTUCKY DEPARTMENT OF EDUCATION
SERVE:　　　Kevin Brown., Interim Commissioner
　　　　　　300 Sower Blvd., 5th Floor
　　　　　　Frankfort, KY  40601

### COMPLAINT:  PETITION FOR FEES AND COSTS

Come now the Plaintiffs, ERIC AND AIMEE BRATCHER and G.K.B., by and through counsel, and for their cause of action against the foregoing Defendants, WARREN County School District; WARREN County Board of Education; Kentucky Department of Education, Office of Teaching and Learning, Division of Learning Services; and Kentucky Department of Education, states as follows:

1. That this action is founded upon 20 U.S.C. Section §1400 et seq, to wit, the "Individuals with Disabilities Education Act," Federal Rules of Civil Procedure Rule 54(d)(2), Local Rule 54.4, and all statues of this Commonwealth pursuant thereto, and Department of Education Regulations.

2. That Plaintiffs, ERIC AND AIMEE BRATCHER's, minor son concerned here, G.K.B., born on XX-XX-2003, is a child with a disability as defined in 20 U.S.C. §1401(3).

3. That Plaintiffs, ERIC AND AIMEE BRATCHER, and their son, G.K.B. (of whom they are parents and custodians), both reside within the boundaries of the WARREN County School System and are thereby subject to its educational facilities and this Court has jurisdiction herein pursuant to 20 U.S.C. §1415(h)(3)(A).

4. That Plaintiffs Eric Bratcher, Aimee Bratcher and G.K.B.'s mailing address is 1108 Hunters Pointe Ln. Bowling Green, KY 42104, and they are residents of the WARREN County School District.

5. That the WARREN County Board of Education operates the WARREN County School District and has its offices at 1108 Hunters Pointe Ln. Bowling Green, KY 42104.

6. That Plaintiffs, ERIC AND AIMEE BRATCHER's son, G.K.B., is entitled to a free appropriate public education as a disabled child from the WARREN County Schools and paid for by the WARREN County Board of Education as defined in 20 U.S.C. §1401 (9).

7. That an impartial due process hearing was held, pursuant to 20 U.S.C. §1415(f)(1), before the Hon. Susan Tipton, hearing officer for the Kentucky Department of Education.

8. That on March 6, 2020, the Hon. Susan Tipton rendered the attached Findings of Fact, Conclusions of Law and Final Order (Exhibit "A"), which opinion was in favor of the interest of the Plaintiffs and substantially found for the Plaintiffs and named the Plaintiffs the prevailing party and which opinion is supported by substantial evidence in the record.

9. That pursuant to 20 U.S.C. §1415(i)(3)(A), the hearing officer lacks the authority to award attorney fees and related costs, as the jurisdiction to award fees and costs lies with this Court.

10. That Marianne S. Chevalier, as attorney, represented Plaintiffs Eric Bratcher, Aimee Bratcher and G.K.B. in these proceedings.

11. That as a prevailing party, the Plaintiffs are entitled to have their attorney fees and costs paid pursuant to 20 U.S.C. §1415(i)(3)(B)(i)(I).

12. That the amount of attorneys' fees prior to the filing of this action were $92,050.00, based upon an hourly rate of $250.00, which is below the prevailing rate in the community.

13. That because the Plaintiffs were statutorily required to petition for fees herein, additional attorney fees and costs have been incurred by the Plaintiffs.

WHEREFORE, Plaintiffs, ERIC AND AIMEE BRATCHER, parents and legal guardians of G.K.B., pray as follows and demands judgment against the Defendants, WARREN County School District; WARREN County Board of Education; Kentucky Department of Education, Office of Teaching and Learning, Division of Learning Services; and Kentucky Department of Education, jointly and severally:

A. That this Court approve reasonable attorney fees for the services of Marianne Chevalier, and for Eric Bratcher, Aimee Bratcher and G.K.B. for their costs and fees;

B. For all other proper relief to which Plaintiff may appear entitled;

C. For attorney fees in this proceeding;

D. For full and related costs;

E. For pre and post judgment interest; and

F. That the Kentucky Department of Education file the transcripts and records from the proceedings herein (20 U.S.C. §1415(i)(2)(C)(i)).

Respectfully submitted,

<u>(s) Marianne S. Chevalier</u>
Marianne S. Chevalier
2216 Dixie Highway, Ste 202
Ft. Mitchell, KY  41017
859-581-3030
859-581-5444 (fax)
mchevalier@lawcg.com
