**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO. 1:20-CV-00058-GNS**

**ERIC BRATCHER,** *et al.*                                                                      **PLAINTIFFS**

**v.**

**WARREN COUNTY SCHOOL DISTRICT,** *et al.*                                 **DEFENDANTS**

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties, and this Court being in all ways fully and sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims in this action are hereby dismissed with prejudice.

IT IS SO ORDERED, this: September 3, 2020

Greg N. Stivers, Chief Judge
United States District Court

Have Seen and Agreed:

| | |
|---|---|
| */s/ Marianne S. Chevalier (with permission)* | */s/ Ashley Lant (with permission)* |
| Marianne S. Chevalier | Ashley Lant |
| 2216 Dixie Highway, Suite 202 | Kentucky Department of Education |
| Ft. Mitchell, KY 41017 | Legal Services Division |
| (859) 581-3030 | 300 Sower Blvd., 5th Floor |
| (859) 581-5444 Fax | Frankfort, KY 40601 |
| mchevalier@lawcg.com | *Attorney for Kentucky Department of Education* |
| *Attorney for Plaintiffs* | |

1

#2197173v1

**/s/ Claire E. Parsons**
Claire E. Parsons, Esq. (KBA #92934)
Olivia F. Amlung, Esq. (KBA #97449)
Adams, Stepner,
Woltermann & Dusing, PLLC
40 West Pike Street, P.O. Box 861
Covington, Kentucky 41012-0861
(859) 394-6200
(859) 392-7200 Fax
cparsons@aswdlaw.com
oamlung@aswdlaw.com
*Attorneys for Warren County School District and Warren County Board of Education*

**This Instrument Prepared by:**

**/s/ Claire E. Parsons**
Claire E. Parsons, Esq. (KBA #92934)
Adams, Stepner,
Woltermann & Dusing, PLLC
40 West Pike Street, P.O. Box 861
Covington, Kentucky 41012-0861
(859) 394-6200
(859) 392-7200 Fax
cparsons@aswdlaw.com

cc: All counsel of record